RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE                                    E-filed
701 Bridger Ave, Suite 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@LasVegas13.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:  
JESUS QUEZADA  
MERCEDES QUEZADA  
4445 GALAPAGOS AVENUE  
NORTH LAS VEGAS, NV 89084

CHAPTER 13  
CASE NO: BKS-10-17414-MKN

### CHAPTER 13 FINAL ACCOUNT AND REPORT - COMPLETED   (BAPCPA)

    Pursuant to Fed. R. Bankr P. 5009, Rick A. Yarnall, Chapter 13 Bankruptcy Trustee, certifies that, based on their records the Debtor's Chapter 13 bankruptcy estate has been fully administered and/or the Debtor has completed all payments uder the plan.  Accordingly, the Trustee hereby submits the following Final Account and Report of the administration of the estate pursuant to 11 USC Sec. 1302 (b)(1).

    Any objection to the Trustee's Final Account and Report must:  be written, state the grounds of objection, and be filed no later than July 23, 2015, with the Clerk, United States Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor, Las Vegas, NV 89101, with a copy served upon Rick A. Yarnall, Chapter 13 Trustee, 701 Bridger Ave, Suite 820, Las Vegas, NV 89101.  In the absence of a timely filed Objection, the Bankruptcy Court will issue the debtor(s) a Discharge.  In the event an objection is timely filed, the objecting party shall serve a copy of the objection upon the Trustee at the above address pursuant to the Local Bankruptcy Rule 9014.

| Case Filed Date: | Date Plan Confirmed: | Date Case Closed: |
|---|---|---|
| 04/27/2010 | 10/07/2010 | 06/18/2015 |

Total funds received and disbursed pursuant to the plan:     $39,635.61     Detail of Disbursements below:

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| United States Bankruptcy Court | | 00001 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| AARGON COLLECTION AGENCY | 1 | 00002 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Adalberto Pacheco | | 00003 | No Provision-Secured | 0.00 | 0.00 | 0.00 |
| American General Finance | | 00004 | UNSECURED | 0.00 | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE | 5 | 00005 | VEHICLE DIRECT | 9,152.03 | 0.00 | 0.00 |
| Automated Recovery Sys | | 00006 | UNSECURED | 0.00 | 0.00 | 0.00 |
| EAST BAY FUNDING LLC | 4 | 00007 | UNSECURED | 15,956.19 | 15,956.19 | 0.00 |
| BANK OF AMERICA N A | 3-2 | 00008 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Bank Of America | | 00009 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Capital 1 Bank | | 00010 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Chevron / Texaco Citibank | | 00011 | UNSECURED | 0.00 | 0.00 | 0.00 |

QUEZADA, JESUS and QUEZADA, MERCEDES                                      CASE NO: BKS-10-17414-MKN

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| Citi | | 00012 | UNSECURED | 0.00 | 0.00 | 0.00 |
| CITIBANK BANAMEX USA | | 00013 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Citibank Usa | | 00014 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Dept of Employment, Training and Rehab | | 00015 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| DISCOVER FIN SVCS LLC | | 00016 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Fashion Bug/soanb | | 00017 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Ford Motor Credit Corporation | | 00018 | UNSECURED | 0.00 | 0.00 | 0.00 |
| G M A C | | 00019 | UNSECURED | 0.00 | 0.00 | 0.00 |
| GEMB / Mervyns | | 00020 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Gemb/Care Credit | | 00021 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Gemb/chevron | | 00022 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Gemb/jcp | | 00023 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Hsbc Bank | | 00024 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Hsbc Bank | | 00025 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Hsbc/levitz | | 00026 | UNSECURED | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 2-2 | 00027 | IRS PRIORITY | 0.00 | 0.00 | 0.00 |
| Kohls/Chase | | 00028 | UNSECURED | 0.00 | 0.00 | 0.00 |
| MACYS/FDSB | | 00029 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Nevada Dept of Taxation, BK Section | | 00030 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| Ohio Savings Bank | | 00031 | UNSECURED | 0.00 | 0.00 | 0.00 |
| PLUSFOUR INC. | | 00032 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Premier Auto Finance | | 00033 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Resort Recov | | 00034 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Sears/CBSD | | 00035 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Sentry Recovery & Coll | | 00036 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Sst/cigpficorp | | 00037 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Sst/gswhln | | 00038 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Trfs | | 00039 | UNSECURED | 0.00 | 0.00 | 0.00 |
| United States Trustee | | 00040 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| Universal Mtg Corp/wi | | 00041 | UNSECURED | 0.00 | 0.00 | 0.00 |

QUEZADA, JESUS and QUEZADA, MERCEDES                                CASE NO: BKS-10-17414-MKN

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| US BANK | | 00042 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Wells Fargo | | 00043 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Wfnnb/dress Barn | | 00044 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Wfnnb/lerner | | 00045 | UNSECURED | 0.00 | 0.00 | 0.00 |
| MERCEDES QUEZADA | | 00046 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| RICK A. YARNALL | | 00047 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| SAMUEL A. SCHWARTZ | | 00048 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| 701 E. Bridger Avenue | | 00049 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA N A | 3-2 | 00050 | FAIR MARKET VALUE | 15,077.16 | 15,077.16 | 0.00 |
| GREEN TREE SERVICING LLC | 6 | 00051 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Bank Of America | | 00054 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Bank Of America | | 00055 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Ford Motor Credit Corporation | | 00056 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Gemb/jcp | | 00057 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Gemb/jcp | | 00058 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Hsbc Bank | | 00059 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Sears/CBSD | | 00060 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Sears/CBSD | | 00061 | UNSECURED | 0.00 | 0.00 | 0.00 |
| ESTIMATED ADDITIONAL ATTORNEY FEES | | 00063 | ESTIMATED ADDITIONAL | 0.00 | 0.00 | 0.00 |
| THE SCHWARTZ LAW FIRM | | 00000 | Administrative | $4,884.00 | $4,884.00 | |

The debtor(s) attorney, THE SCHWARTZ LAW FIRM, was allowed $6,884.00 of which $2,000.00 was paid directly by the debtor(s) and $4,884.00 was paid from the plan. The filing fee has been paid to the clerk directly by the debtor/debtor's Attorney.

**Disbursement Summary:**

|  |  |
|---|---|
| Trustee Fees Pursuant to 11 USC 1326 (b) | $2,539.30 |
| 11 USC 503(b) Administrative Expenses | $0.00 |
| Sanctions/Additional Expenses | $0.00 |
| Attorney's Fees | $4,884.00 |
| Previous Attorney Fees | $0.00 |
| Priority | $0.00 |
| Secured | $15,077.16 |
| Unsecured | $15,956.19 |
| Refund to the Debtor and/or Chapter 7 Trustee | $1,178.96 |
| Total | $39,635.61 |

QUEZADA, JESUS and QUEZADA, MERCEDES                                    CASE NO: BKS-10-17414-MKN

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|

Dated: June 18, 2015                                Submitted by:

/s/ Rick A. Yarnall
RICK A. YARNALL
Chapter 13 Bankruptcy Trustee